```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0039--CR (JWS)
                                  "USA V PAUL E. KENT"
                                DEF 1.1 KENT, PAUL E.

                Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  04/20/05
             Closed:  NO
 No. of Defendants:  1
    MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  Jon M. Buchholdt
                     731 I Street, Suite 101
                     Anchorage, AK 99501
                     907-272-6777
                     FAX 907-274-1392
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Thomas C. Bradley
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 1.1 KENT, PAUL E.

 Document          Count      Citation and Description                           Disposition
 ─────────         ─────      ────────────────────────                           ───────────
    1 -   1 IND      1        18:1343 WIRE FRAUD (F)                             Pending
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A05-0039--CR (JWS)
                                      "USA V PAUL E. KENT"

                                        For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 04/20/05
            Closed: NO
 No. of Defendants: 1


 Document #   Filed       Docket text

       1 -  1  04/20/05   [Re: DEF 1] PLF 1 Indictment.

       2 -  1  04/21/05   [Re: DEF 1] JWS Grand Jury Minutes re: war of arrest to be iss; no bail
                          set.

       3 -  1  05/06/05   DEF 1 Attorney Appearance of J. Buchholdt.

    NOTE -  1  05/10/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 5/6/05 in Atlanta,
                          GA.

       4 -  1  05/11/05   [Re: DEF 1] Return of WOA executed on 5/6/05.

       5 -  1  05/16/05   [Re: DEF 1] Documents Waiver of Rule 40 Hrg, WOA, MJ Crt Min Removal,
                          Order Appt Cnsl, Appearance Bond, and Order Setting Conditions of
                          Release transferred from: Northern District of Georgia.

    NOTE -  2  05/18/05   Notation: Proposed trial date setting for arr to USDJ.

       6 -  1  05/18/05   [Re: DEF 1] AHB Minute Order Arraignment is set for 5/18/05 at 2:00 p.m.
                          in Courtroom #5.  cc: ASUA, J. Buchholdt, USM, USPO

       7 -  1  05/18/05   [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] re Arr on Indt
                          (held 05/18/05); Def plead Not Guilty Count 1 of the Indt; ptms due
                          06/03/05; cnsl advised of FPTC 07/27/05 at 8:30 a.m.; TBJ 07/27/05 at
                          9:00 a.m.; def's release remains. cc: USA, J. Buchholdt, USM, USPO,
                          Judge Sedwick.

       8 -  1  05/18/05   [Re: DEF 1] AHB Order regarding preparation for trial (held 05/18/05);
                          ptms due 06/03/05. cc: USA, J. Buchholdt.

       9 -  1  05/18/05   [Re: DEF 1] Order setting conditions of release (held 05/18/05). cc:
                          USA, J. Buchholdt, USM, USPO.

      10 -  1  05/27/05   [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at
                          the direction of the Chief Judge, the MJ referral is reassigned to MJ
                          Roberts. cc: USA, J. Buchholdt, Judge Sedwick

      11 -  1  05/31/05   [Re: DEF 1] PLF 1 Discovery conference certificate.

      12 -  1  06/16/05   [Re: DEF 1] JWS Minute Order setting TBJ on 7/27/05 @ 9:00 a.m. & FPTC
                          on 7/27/05 @ 8:30 a.m.. cc: USA, J. Buchholdt, USM, USPO, MJ Roberts, JC

      13 -  1  07/12/05   DEF 1 motion (request) to set vacate trial date & set change of plea
                          hearing.

      14 -  1  07/12/05   [Re: DEF 1] PLF 1 Plea Agreement.

      15 -  1  07/14/05   [Re: DEF 1] JWS Order granting mot (req) to set vacate trial date & set
                          PCOP hrg (13-1); 7/27/05 FPTC & TBJ vacated; PCOP set 9/6/05 @ 10:00
                          a.m.. cc: USA, J. Buchholdt, USM, USPO, MJ Roberts, JC

 ACRS: R_RDSDX                   As of 10/31/05 at 4:21 PM by GARRY                      Page 1
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A05-0039--CR (JWS)
                                    "USA V PAUL E. KENT"

                                     For all filing dates

Document #   Filed       Docket text
----------   -----       -----------

    16 -  1  09/06/05    [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] re PCOP (held
                         9/6/05); plead guilty to Ct 3 of Indt; IOS set for 1/4/06 at 8:30 am;
                         bond cont.  cc:  USA, J. Bucholdt, USM, USPO, MJ Roberts
```