TIMOTHY M. BURGESS
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907) 271-5071
Fax: (907) 271-1500
thomas.bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-39-JWS | |
| Plaintiff, ) | | |
| ) | **SENTENCING MEMORANDUM** | |
| v. ) | | |
| ) | | |
| PAUL E. KENT, ) | | |
| ) | | |
| Defendant. ) | | |

This case is sent for imposition of sentence on January 4, 2006. The United States agrees that the guideline range is correct, as anticipated by both the plea agreement and the presentence investigation report. The government suggests that two months of home confinement and two months of actual imprisonment are a reasonable sentence. This can be achieved as a condition of

probation, the term of which the United States will leave to the discretion of the Court. The term should be long enough to make it certain the defendant can serve his time and make his restitution in that period.

This defendant appears capable of paying a fine, and one should be imposed by law. A fine in $10,000 range seems appropriate given the loss in this case. The government agrees that restitution to the State of Alaska in the amount of $17,994.40 should be ordered.

TIMOTHY M. BURGESS
United States Attorney

s/Thomas C. Bradley
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2006,
a copy of the foregoing Sentencing Memorandum
was served on:

Jon M. Buchholdt
731 I Street, Suite 101
Anchorage, AK 99501

by facsimile: 274-1392.

s/ Thomas C. Bradley