Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA



RECEIVED
FEB 1 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V

Paul E. Kent

Case No. 3:05-cr-0039

On January 4, 2006, the above-named was placed on probation for a period of three years. The defendant has complied with the rules and regulations of probation, has paid $17,994 in restitution, a $7,500 fine, and a $100 special assessment. The offender has been steadily employed in Iraq during the entire term of supervision, has remained in contact with the probation officer, has submitted to DNA testing when asked, and has no known violations. It is accordingly recommended that Paul E. Kent be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**  2/11/08
Eric D. Odegard                Date
Supervising U.S. Probation/Pretrial Services Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 11th day of February, 2008.

REDACTED SIGNATURE
John W. Sedwick
Chief U.S. District Court Judge